## Lyons v. The State.

APPEAL from Lowndes Circuit Court.

Tried before Hon. J. R. TYSON.

J. C. RICHARDSON, for appellant.

W. C. FITTS, Attorney-General, *contra.*

The defendant being tried upon an indictment for burglary and grand larceny, was convicted of grand larceny and appealed. Judgment affirmed.
Opinion by COLEMAN J.

## Baggett v. Foote.

APPEAL from Clark Circuit Court.

Tried before Hon. James T. Jones.

JOHN Y. KILPATRICK, for appellant.

F. G. BROMBERG and C. L. BROMBERG Jr. *contra.*

This was a statutory action of ejectment, brought by appellee against the appellant for the recovery of certain lands in Clarke County. There was judgment for the plaintiff from which the defendant appealed. Judgment reversed, and cause remanded.
Opinion by McCLELLAN, J.